# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED 2018 SEP 26 PM 3:10
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

GREY OAKS COUNTRY CLUB, INC.

*Plaintiff(s)*

v.

ZURICH AMERICAN INSURANCE COMPANY

*Defendant(s)*

Civil Action No. 2:18-CV-639-FtM-99CM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ZURICH AMERICAN INSURANCE COMPANY
c/o Registered Agent
Chief Financial Officer
200 E. Gaines Street
Tallahassee, Florida 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Walter J. Andrews, Esq., Michael J. Mueller, Esq., Cary D. Steklof, Esq., Hunton Andrews Kurth LLP, 1111 Brickell Avenue, Suite 2500, Miami, FL 33131 Ph: (305) 810-2500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-26-2018

*Signature of Clerk or Deputy Clerk*