UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREY OAKS COUNTRY CLUB, INC.,

    Plaintiff,

v.                                             Case No: 2:18-cv-639-FtM-99CM

ZURICH AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1) Grey Oaks Country Club Inc., Plaintiff;

    2) Walter J. Andrews, Michael J. Mueller, Cary D. Steklof, Hunton Andrews Kurth LLP, Counsel for Plaintiff;

    3) Zurich American Insurance Company, Defendant;

    4) Jason M. Chodos, Ira S. Bergman, Litchfield Cavo LLP, Counsel for Defendant

    5) Hunton Andrews Kurth LLP

    6) Litchfield Cavo LLP

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known to Plaintiff.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known to Plaintiff.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Grey Oaks Country Club Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: October 9, 2018    HUNTON ANDREWS KURTH LLP

/s/ Walter J. Andrews
Walter J. Andrews - Trial Counsel
Fla. Bar No. 84863
Michael J. Mueller
Fla. Bar No. 114938
Cary D. Steklof
Fla. Bar No. 86257
HUNTON ANDREWS KURTH LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel: (305) 810-6407
Facsimile: (305) 810-2460
wandrews@HuntonAK.com
mmueller@HuntonAK.com
csteklof@HuntonAK.com

*Attorneys for Plaintiff, Grey Oaks Country Club, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2018, a true and correct copy of the foregoing was served via ECF on all counsel of record.

By: */s/ Walter J. Andrews*