UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREY OAKS COUNTRY CLUB, INC.,

    Plaintiff,

v.                                                Case No: 2:18-cv-639-FtM-99CM

ZURICH AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

\_\_X\_\_ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: October 9, 2018

HUNTON ANDREWS KURTH LLP

By: */s/ Walter J. Andrews*
    Walter J. Andrews - Trial Counsel
    Fla. Bar No. 84863
    Michael J. Mueller
    Fla. Bar No. 114938
    Cary D. Steklof
    Fla. Bar No. 86257
    HUNTON ANDREWS KURTH LLP
    1111 Brickell Avenue, Suite 2500
    Miami, Florida 33131
    Tel: (305) 810-6407
    Facsimile: (305) 810-2460
    wandrews@HuntonAK.com
    mmueller@HuntonAK.com
    csteklof@HuntonAK.com

*Attorneys for Plaintiff, Grey Oaks Country Club, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2018, a true and correct copy of the foregoing was served via ECF on all counsel of record.

By: */s/ Walter J. Andrews*