**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

------------------------------------------------- X
GREY OAKS COUNTRY CLUB, INC.,              :
                                           :   Case Number: 2:18-cv-639-FtM-99CM
       Plaintiff,                      :
v.                                         :
                                           :
ZURICH AMERICAN INSURANCE                  :
COMPANY,                                   :
                                           :
       Defendant.                     :
------------------------------------------------- X

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   - Grey Oaks Country Club Inc.
   - Zurich American Insurance Company
   - Zurich Holding Company of America, Inc.
   - Zurich Insurance Company Ltd.
   - Zurich Insurance Group Ltd.
   - Walter J. Andrews, Michael J. Mueller, Cary D. Steklof, Hunton Andrews Kurth LLP
   - Ira S. Bergman and Jason M. Chodos, Litchfield Cavo LLP
   - Hunton Andrews Kurth LLP
   - Litchfield Cavo LLP

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   - None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: October 12, 2018

                              Respectfully submitted,

                              LITCHFIELD CAVO LLP

By: s/ Ira S. Bergman
     Ira S. Bergman (FL Bar No. 980900)
     bergman@litchfieldcavo.com
     Jason M. Chodos, Esq. (FL Bar No. 025823)
     chodos@litchfieldcavo.com
     600 Corporate Drive, Suite 600
     Fort Lauderdale, Florida 33334
     Tel.: (954) 689-3000
     Fax: (954) 689-3001
     *Attorneys for Defendant,*
     *Zurich American Insurance Company*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

---------------------------------------------------- X
GREY OAKS COUNTRY CLUB, INC., :
: Case Number: 2:18-cv-639-FtM-99CM
       Plaintiff, :
v. :
:
ZURICH AMERICAN INSURANCE :
COMPANY, :
:
       Defendant. :
---------------------------------------------------- X

## CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       s/ Ira S. Bergman
                                       Ira S. Bergman (FL Bar No. 980900)
                                       bergman@litchfieldcavo.com
                                       LITCHFIELD CAVO LLP
                                       600 Corporate Drive, Suite 600
                                       Fort Lauderdale, Florida 33334
                                       Tel.: (954) 689-3000
                                       Fax: (954) 689-3001
                                       *Attorneys for Defendant,*
                                       *Zurich American Insurance Company*

## SERVICE LIST

### Grey Oaks Country Club, Inc. v. Zurich American Ins. Co.

### Case No. 2:18-cv-639-FtM-99CM

### United States District Court, Middle District of Florida

Walter J. Andrews, Esq.
Michael J. Mueller, Esq.
Cary D. Steklof, Esq.
Hunton Andrews Kurth LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Tel.: (305) 810-6407
Fax: (305) 810-2460
*Attorneys for Plaintiff,*
*Grey Oaks Country Club, Inc.*
Served via transmission of Notice of
Electronic Filing generated by CM/ECF