UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREY OAKS COUNTRY CLUB, INC.,

    Plaintiff,

v.                        Case No: 2:18-cv-639-FtM-29NPM

ZURICH AMERICAN INSURANCE COMPANY,

    Defendant.

_____

**ORDER**

    This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #116) filed on January 27, 2020. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of January, 2020.

                                            JOHN E. STEELE
                                            SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record